## DANIELS V. THE STATE.

### Larceny.

(Decided June 14, 1906.   41 So. Rep. 525.)

APPEAL from Pike County Court.
Heard before Hon. A. H. OWENS.
T. L. BORON, for appellant.        . .
MASSEY WILSON, Attorney General, for State.
Affirmed.
Opinion by ANDERSON, J.
WEAKLEY, C. J., TYSON and SIMPSON, JJ., concur.

---

## STEVENSON V THE STATE.

### Murder.

(Decided June 14, 1906.   41 So. Rep. 526.)

APPEAL from Monroe Circuit Court.
Heard before Hon. C. J. TORREY, Special Judge.
J. N. MILLER, for appellant.
MASSEY WILSON, Attorney General, for State.    .
Reversed and remanded.        .                 :
Opinion by SIMPSON, J.                    .
WEAKLEY, C. J., and TYSON and ANDERSON, JJ., concur.

---

## HAYNES & BRO. V. GRAY & CO.

### Trover.    .

(Decided May 29, 1906.   41 So. Rep. 615.)

APPEAL from Anniston City Court.
Heard before Hon. THOMAS W. COLEMAN, JR.
JAMES T. GREENE, for appellant.
MATTHEWS, MARTIN & MATTHEWS, for appellee.
Reversed and remanded.
Opinion by HARALSON, J.
WEAKLEY, C. J., and DOWDELL and SIMPSON, JJ., concur.